UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:03-CR-34 |
| | ) | |
| DAVID SHORIN | ) | |

### **O R D E R**

This criminal matter is before the Court to consider a *pro se* motion filed by the defendant for the production of various court documents for purposes of appeal. However, this defendant is represented by counsel, a record has been filed in the Sixth Circuit Court of Appeals, and a final brief was filed on behalf of this defendant on February 22, 2005. Accordingly, it is hereby **ORDERED** that this motion is **DENIED**. [Doc. 75].

ENTER:

                                            s/J. RONNIE GREER
                                    UNITED STATES DISTRICT JUDGE